UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Oscar Arnoldo Rivera Esperanza,

                Petitioner,

                    v.

LaDeon Francis, in his official capacity as Acting Field Office Director of New York Immigration and Customs Enforcement; Kristi Noem in her official capacity as Secretary of Homeland Security; Pam Bondi in her official capacity as Attorney General,

                Respondents.

No. 25-CV-8727

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On October 21, 2025, Petitioner's sister, Yosselin Liliana Rivera Esperanza, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on Petitioner's behalf as Petitioner's "next friend." It is hereby ordered that:

1. Respondents shall file an opposition by October 24, 2025 as to why the petition for a writ of habeas corpus should not be granted.

2. Petitioner shall have the opportunity to reply by October 27, 2025.

3. This matter shall be heard by the Court on October 27, 2025, at 1:00 p.m. in the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007. Respondents shall produce Petitioner at this hearing.

4. To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States unless and until the Court orders otherwise.

5. The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has issued at the following email address: jeffrey.oestericher@usdoj.gov.

SO ORDERED.

Dated:   October 22, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge