UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSCAR ARNOLDO RIVERA ESPERANZA,

                            Petitioner,

                v.

LADEON FRANCIS, in his official capacity as
Acting Field Office Director of New York
Immigration and Customs Enforcement; KRISTI
NOEM in her official capacity as Secretary of
Homeland Security; PAM BONDI in her official
capacity as Attorney General,

                            Respondents.

25-CV-8727 (RA)

ORDER DIRECTING PAYMENT OF FEE OR
IFP APPLICATION

RONNIE ABRAMS, United States District Judge:

On October 21, 2025, Petitioner's sister, Yosselin Liliana Rivera Esperanza, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on Petitioner's behalf as Petitioner's "next friend," without a filing fee or a mailing address. The Court therefore directs Petitioner or Petitioner's next friend to either pay the $5.00 filing fee or, to request authorization to proceed *in forma pauperis* ("IFP") by submitting a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915. Petitioner or Petitioner's next friend must also provide the Clerk's Office with her mailing address or complete the attached consent to electronic service.

Within thirty days of the date of this order, Petitioner or Petitioner's next friend must pay the $5.00 filing fee or submit the attached IFP application, which should be labeled with docket number 25-CV-8727 (RA). The Court directs the Clerk of Court to provide a copy of this order to Petitioner's sister should she visit the Pro Se Intake Unit located at 500 Pearl Street, Room 205.

SO ORDERED.

Dated:    October 23, 2025
          New York, New York

                                    _____
                                        RONNIE ABRAMS
                                    United States District Judge

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____


Name (Last, First, MI)


Address                City                State                Zip Code


Telephone Number                E-mail Address


Date                Signature

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_____

(full name of the plaintiff or petitioner applying (each person
must submit a separate application))

-against-

CV _____ ( ) ( )

(Provide docket number, if available; if filing this with
your complaint, you will not yet have a docket number.)

_____

_____

(full name(s) of the defendant(s)/respondent(s))

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed _in forma pauperis_ (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. _Are you incarcerated?_           ☐ Yes           ☐ No    (If "No," go to Question 2.)

   I am being held at: _____

   Do you receive any payment from this institution?  ☐ Yes    ☐ No

   Monthly amount: _____

   If I am a prisoner, _see_ 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. _See_ 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?        ☐ Yes        ☐ No

   If "yes," my employer's name and address are:


   Gross monthly pay or wages: _____

   If "no," what was your last date of employment? _____

   Gross monthly wages at the time: _____

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment        ☐ Yes        ☐ No
   (b) Rent payments, interest, or dividends                 ☐ Yes        ☐ No

(c) Pension, annuity, or life insurance payments  ☐ Yes    ☐ No
(d) Disability or worker's compensation payments  ☐ Yes    ☐ No
(e) Gifts or inheritances  ☐ Yes    ☐ No
(f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.)  ☐ Yes    ☐ No
(g) Any other sources  ☐ Yes    ☐ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4.  How much money do you have in cash or in a checking, savings, or inmate account?

5.  Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

6.  Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

7.  List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

8.  Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

*Declaration:*  I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

_____          _____
Dated                                Signature

_____          _____
Name (Last, First, MI)               Prison Identification # (if incarcerated)

_____    _____    _____    _____
Address                        City        State       Zip Code

_____          _____
Telephone Number                     E-mail Address (if available)