UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Oscar Arnoldo Rivera Esperanza,<br><br>       Petitioner,<br>     v.<br><br>LaDeon Francis, in his official capacity as Acting Field Office Director of New York Immigration and Customs Enforcement; Kristi Noem in her official capacity as Secretary of Homeland Security; Pam Bondi in her official capacity as Attorney General,<br><br>       Respondents. | No. 25-CV-8727<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  The hearing previously scheduled for tomorrow November 4, 2025 at 10:00 a.m. is hereby adjourned sine die. The parties are ordered to submit a revised briefing schedule by November 4, 2025.

SO ORDERED.

Dated:  November 3, 2025
     New York, New York

                        _____
                        Ronnie Abrams
                        United States District Judge