UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Oscar Arnoldo Rivera Esperanza,

                      Petitioner,

                      v.

LaDeon Francis, in his official capacity as Acting Field Office Director of New York Immigration and Customs Enforcement; Kristi Noem in her official capacity as Secretary of Homeland Security; Pam Bondi in her official capacity as Attorney General,

                      Respondents.

No. 25-CV-8727

ORDER

RONNIE ABRAMS, United States District Judge:

      On October 21, 2025, Petitioner Oscar Arnoldo Rivera Esperanza was detained by U.S. Immigration and Customs Enforcement. Dkt. No. 18 ("Am. Pet.") ¶¶ 16, 22. He has since filed a petition for a writ of habeas of corpus seeking immediate release from custody. For reasons that will follow in a subsequent order, and consistent with numerous orders in similar cases in this district, *see Acevedo v. Almodovar*, No. 25-cv-7189, 2025 WL 3034183 (LJL) (S.D.N.Y. Oct. 30, 2025)*; Savane v. Francis,* No. 25-cv-6666, 2025 WL 27744452 (GHW) (S.D.N.Y. Sept. 28, 2025); *Lopez Benitez v. Francis,* No. 25 Civ. 5937, 2025 WL 2371588 (DEH) (S.D.N.Y. Aug. 13, 2025); *Gonzalez v. Joyce,* No. 25 Civ. 8250, 2025 WL 2961626 (AT) (S.D.N.Y. Oct. 19, 2025), the Court finds that the Government violated Petitioner's right to Due Process under the Fifth Amendment, grants his writ of habeas corpus, and orders his immediate release.

      Respondents are further ordered to certify compliance with the Court's order by filing it promptly on the docket.

SO ORDERED.

Dated:    November 12, 2025
             New York, New York

_____
Ronnie Abrams
United States District Judge