**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
OSCAR ARNOLDO RIVERA ESPERANZA,

                           Petitioner,                      25 **CIVIL** 8727

        -against-                                **JUDGMENT**

LADEON FRANCIS, in his official capacity as
Acting Field Office Director of New York
Immigration and Customs Enforcement; KRISTI
NOEM, in her official capacity as Secretary of
Homeland Security; PAM BONDI, in her official
capacity as Attorney General,
                           Respondents.
--------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 8, 2025, the petition for a writ of habeas corpus is granted. Consistent with the Court's prior order, the Government confirmed that that Mr. Rivera Esperanza was released shortly after the November 12th hearing. Pending a final determination in his removal and asylum proceedings, Mr. Rivera Esperanza shall remain free of detention or any other restraint under the immigration laws of the United States, unless the Government can establish that he violated the conditions of his release outlined in the January 2024 Order of Release on Recognizance; accordingly, the case is closed.

**DATED:** New York, New York
           December 8, 2025

                                       **TAMMI M. HELLWIG**

                                 _____
                                       **Clerk of Court**

               **BY:**              K. mango

                                    _____
                                      **Deputy Clerk**